IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAXWELL REEDER, | ) |
| Plaintiff, | ) |
| vs. | ) CV 01-AR-2393-S |
| CAPTAIN WALTER MYERS, | ) |
| Defendant. | ) |

04 AUG 10 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 10 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 16, 2004, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. The plaintiff filed objections on July 23, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 10th day of August, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

